## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:12CR391 |
| vs. | | |
| CHRISTIAN FIROZ, | | **ORDER** |
| Defendant. | | |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 495) against Defendant, Christian Firoz.  The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1.  The United States' Motion to Dismiss Forfeiture Allegation against Christian Firoz is hereby sustained.

2.  The Forfeiture Allegation of the Superseding Indictment against Christian Firoz is hereby dismissed.

Dated: November 13, 2014.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge